UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO 6:20-cr-00133 |
| | * | |
| VERSUS | * | 33 U.S.C. § 1321(b)(5) |
| | * | JUDGE SUMMERHAYS |
| THOMAS WHARTON | * | MAGISTRATE JUDGE WHITEHURST |

BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

FAILURE TO NOTIFY AUTHORITIES
UNDER THE OIL POLLUTION ACT
33 U.S.C. § 1321(b)(5)

Beginning on or about July 31, 2016, and continuing to on or about August 2, 2016, in the Western District of Louisiana and elsewhere, the defendant, THOMAS WHARTON, a responsible corporate officer of Montco Oilfield Contractors, LLC, serving as a person in charge of an offshore facility at the time, on an oil and gas platform known as Vermillion 124, had knowledge of a discharge of oil or hazardous substance from the offshore facility into the Gulf of Mexico and failed to immediately notify the appropriate

agency of the United States Government of such discharge, all in violation of Title 33, United States Code, Section 1321(b)(5). [33 U.S.C. § 1321(b)(5)].

          DAVID C. JOSEPH
          United States Attorney

By: _____
      MYERS P. NAMIE, LA Bar No. 29359
      Assistant United States Attorney
      800 Lafayette Street, Suite 2200
      Lafayette, Louisiana 70501
      Telephone: (337) 262-6618